[No. 46688-1-II.   Division Two.   February 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS MADRAZO-MUNOZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01840-3, David E. Gregerson, J., entered September 17, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Melnick and Sutton, JJ.

[No. 47264-3-II.   Division Two.   February 17, 2016.]

*In the Matter of the Dependency of* KDMS.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-7-01249-1, Kathryn J. Nelson, J., entered February 11, 2015. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Lee, JJ.

[No. 47362-3-II.   Division Two.   February 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH GEORGE MADARASH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00414-9, Michael H. Evans, J., entered August 5, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Melnick and Sutton, JJ.

[No. 33635-2-III.   Division Three.   February 18, 2016.]

*In the Matter of the Personal Restraint of* JOSE MENDEZ, JR., *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.